IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES M. PUCKETT, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0359-CG-C |
| ) | |
| **PREMIUM ASSET SERVICES, LLC,** ) | |
| <u>et</u> <u>al.</u>, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

The plaintiff having filed a Notice of Dismissal on October 28, 2014 (Doc. 10) and as no answers or motions for summary judgment have been filed by the opposing parties, this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 28th day of October, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE